UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN CUTRONE** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **CAPITAL AREA TRANSIT SYSTEM** | **MAGISTRATE:** |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Capital Area Transit System ("CATS"), which hereby removes this matter to this Honorable Court on the following grounds:

## THE REMOVED CASE

1.

On November 18, 2022, Plaintiff, John Cutrone, commenced the above-captioned action in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, Case No. C-725853, Division 32, by filing a Petition naming CATS as Defendant (the "State Court Action").

2.

On December 2, 2022, CATS was served with the Petition through its registered agent. The Petition, Citation, and Service Return, which constitute all process, pleadings and orders served upon CATS and which, upon information and belief, are the only process, pleadings and orders that exist in this matter, are attached hereto as Exhibit A, *in globo*.

## BASIS OF JURISDICTION

3.

This action is properly removed to this Honorable Court pursuant to 28 U.S.C. § 1331 as the controversy clearly involves claims "arising under the Constitution, laws, or treaties of the

United States." Plaintiff's Petition includes claims brought under federal statutes, including 28 U.S.C. § 1983 and the Health Insurance Portability and Accountability Act of 1996 ("HIPPA"). (Ex. A, Petition at ¶¶ 19, 21-22).

4.

Pursuant to 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over all remaining state law claims in the Petition, as all such claims are so related to the claims arising under federal law as to form part of the same case or controversy. *See Tolliver v. City of New Roads, et al.*, No. 15-374, 2015 WL 5138258, at *4 (M.D. La. Aug. 28, 2015). Based on the Petition, the state law claims at issue may include claims in tort for negligence, defamation, and intentional disclosure of private and confidential information.

## REMOVAL IS TIMELY

5.

This Notice of Removal is being filed within thirty days of service on Defendant of the initial pleading, and therefore is timely pursuant to 28 U.S.C. § 1446(b)(2)(B).

## CONSENT TO REMOVAL

6.

CATS is the only defendant named in Plaintiff's Petition. Therefore, all named defendants who have been served with Plaintiff's Petition have joined this Notice of Removal.

## VENUE

7.

The State Court Action is pending in the 19th Judicial District Court, Parish of East Baotn Rouge, State of Louisiana, and as such, the United States District Court for the Middle District of

Louisiana is the appropriate district and division within which such action is pending pursuant to 28 U.S.C. §§ 1441(a) and 28 U.S.C. §1446(a).

8.

In accordance with 28 U.S.C. § 1446(d), CATS has provided notice to Plaintiff, through delivery of a copy of this Notice of Removal to their counsel of record, and to the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, through filing into the record of the State Court Action a copy of this Notice of Removal.

9.

In accordance with 28 U.S.C. § 1447(b) and E.D. La. L.R. 3.2, the Defendants will file into the record of this Court, within fourteen (14) days of removal, a list of all parties remaining in this action, copies of all pleadings filed in state court, and copies of the returns of service filed in state court for those parties.

10.

By filing this Notice of Removal, CATS is not waiving any defenses applicable to this action.

WHEREFORE, Defendant, Capital Area Transit System, prays that the action be removed to the United States District Court for the Middle District of Louisiana, that the Court accept jurisdiction of the action, and that the action be placed on the docket of the Court for further proceedings, as though it were originally instituted in the Court.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*s/ Murphy J. Foster, III*

Murphy J. Foster, III (La. Bar Roll No. 5779)
murphy.foster@bswllp.com
Alexandra C. Hains (La. Bar Roll No. 35086)
alex.hains@bswllp.com
***Counsel for Capital Area Transit System***

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN CUTRONE** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **CAPITAL AREA TRANSIT SYSTEM** | **MAGISTRATE:** |

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared

MURPHY J. FOSTER, III

who, after being duly sworn, did depose and say:

That the allegations contained in the Notice of Removal filed herein are true and correct to the best of his knowledge, information, and belief.

_____
MURPHY J. FOSTER, III

SWORN TO AND SUBSCRIBED this 15th day of December, 2022 in Baton Rouge, Louisiana.

_____
NOTARY PUBLIC
Printed Name: Alexandra Hains
Number: 35086

2429810.v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN CUTRONE** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **CAPITAL AREA TRANSIT SYSTEM** | **MAGISTRATE:** |

## PROOF OF SERVICE

Murphy J. Foster, being duly sworn, does depose and say that he is a member of the bar of the State of Louisiana, is admitted to practice before the United States District Court, Middle District of Louisiana, is a member of the firm Breazeale, Sachse & Wilson, L.L.P., and is counsel for Defendant, Capital Area Transit System.

Affiant attests that, on the 16th day of December, 2022, after filing the Notice of Removal with the above Court, he is forwarding a copy of said Notice of Removal and attachments via electronic mail and by depositing same in the U.S. Mail, postage prepaid and properly addressed to:

Jill L. Craft
W. Brett Conrad
329 Saint Ferdinand Street
Baton Rouge, LA 70816
jcraft@craftlaw.net
bconrad@craftlaw.net
*Counsel for John Cutrone*

Affiant further states that, on the same day, immediately following the delivery of the aforesaid papers, he is having a copy of the Notice of Removal filed with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for filing in the matter entitled "*John Cutrone v. Capital Area Transit System*" bearing Docket Number C-725853, Division 32.

2429810.v1

_____
MURPHY J. FOSTER, III

SWORN TO AND SUBSCRIBED this 16th day of December, 2022 in Baton Rouge, Louisiana.

_____
NOTARY PUBLIC
Printed Name: Alexandra Hains
Number: 35086

2429810.v1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHN CUTRONE** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **CAPITAL AREA TRANSIT SYSTEM** | **MAGISTRATE:** |

### NOTICE TO ADVERSE PARTY

TO:   Jill L. Craft
      W. Brett Conrad
      329 Saint Ferdinand Street
      Baton Rouge, LA 70816

YOU ARE HEREBY NOTIFIED that Defendant, Capital Area Transit System, has filed the attached Notice of Removal, along with other attached documents, with the Clerk of Court for the United States District Court, Middle District of Louisiana, and a copy of said Notice of Removal has been filed with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*s/ Murphy J. Foster, III*

Murphy J. Foster, III (La. Bar Roll No. 5779)
murphy.foster@bswllp.com
Alexandra C. Hains (La. Bar Roll No. 35086)
alex.hains@bswllp.com
***Counsel for Capital Area Transit System***